**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1584**

---

STANLEY SMITH,

Plaintiff - Appellant,

versus

OWENS-ILLINOIS CLOSURE, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Rockingham.  William L. Osteen, Sr., District Judge.  (CA-96-104-3)

---

Submitted:  March 12, 1998          Decided:  March 23, 1998

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Stanley Smith, Appellant Pro Se.  Robert Ogilvie Meriwether, Jim Odell Stuckey, II, NELSON, MULLINS, RILEY & SCARBOROUGH, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to his employer in his civil action in which he alleged discrimination and wrongful discharge under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2 (1994), and 42 U.S.C. § 1981 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Smith v. Owens-Illinois Closure, Inc., No. CA-96-104-3 (M.D.N.C. Apr. 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2